# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| YOUNG CHANG LEE, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> HANIL E-HWA INTERIOR SYSTEMS ) <br> MANUFACTURING, INC., and ) <br> SIKAB SHIN, ) <br> ) <br> **Defendants.** ) <br> ) | **CIVIL ACTION FILE NO.** <br> **3:14-CV-00183-TCB** |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

*I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.*

*** SIGNATURES ON FOLLOWING PAGE ***

SO STIPULATED, this 27th day of May, 2015.

                                    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

                                    /s/ William M. Clifton III
                                    WILLIAM M. CLIFTON, III
                                    Georgia Bar No. 170176
                                    SUL AH KIM
                                    Georgia Bar No. 697119

577 Mulberry Street, Suite 710
P. O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (fax)
bclifton@constangy.com
sakim@constangy.com

                                    LEON AND KIM, LLC

                                    /s/ Brian G. Kim
                                    BRIAN G. KIM
                                    Georgia Bar No. 479330

                                    Counsel for Plaintiff

3006 Clairmont Rd.
Atlanta, GA 30329
(689) 302-1956
(404) 601-1391 (fax)
leonandkimllc@gmail.com